UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | MARTINEZ, JOSE N. | § | Case No. 12-23918 |
| | | § | |
| | | § | |
| Debtor(s) | | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>EUGENE CRANE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 am on 03/11/2014 in Courtroom 615, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/10/2014     By:    /s/Eugene Crane
                                    Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: MARTINEZ, JOSE N.   § Case No. 12-23918
§
§
§
Debtor(s)   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 15,750.00 |
| *and approved disbursements of* | $ 315.62 |
| *leaving a balance on hand of* [1] | $ 15,434.38 |

**Balance on hand:**   $   15,434.38

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   15,434.38

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 2,325.00 | 0.00 | 2,325.00 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 5,826.00 | 0.00 | 5,826.00 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 134.62 | 0.00 | 134.62 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 936.00 | 0.00 | 936.00 |
| Charges, U.S. Bankruptcy Court | 293.00 | 0.00 | 293.00 |

Total to be paid for chapter 7 administration expenses:   $   9,514.62
Remaining balance:   $   5,919.76

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 5,919.76

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 5,919.76

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,365.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 52.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 8,302.53 | 0.00 | 4,324.25 |
| 2 | Portfolio Recovery Associates, LLC | 3,063.36 | 0.00 | 1,595.51 |

Total to be paid for timely general unsecured claims: $ 5,919.76
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/EUGENE CRANE
Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:  
Jose N. Martinez  
    Debtor

Case No. 12-23918-JSB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: dross      Page 1 of 2      Date Rcvd: Feb 12, 2014  
                  Form ID: pdf006     Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2014.

```
db            +Jose N. Martinez,    8860 Mobile Ave.,    Oak Lawn, IL 60453-1184
19030328      +Eustolia Martinez,    2304 Collins,    Blue Island, IL 60406-1624
19030330      +J.R.S.I, Inc.,    c/o Steven Fink & Assoc. PC,    421 N. Northwest Highway, Unit 201,
                Barrington, IL 60010-6022
20743062     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541)
19030334      +Pinnacle Credit Servic,    7900 Highway 7 # 100,    Saint Louis Park, MN 55426-4045
19030335      +Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
19030336      +RBS Citizens, N.A.,    c/o Fisher & Shapiro, LLC,    2121 Waukegan, Unit 301,
                Bannockburn, IL 60015-1831
19030337      +Rms-Recovery Managemen,    1920 S Highland Ave Ste,    Lombard, IL 60148-4988
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
19030322      +E-mail/PDF: recoverybankruptcy@afninet.com Feb 12 2014 21:25:27     Afni, Inc.,   Po Box 3427,
                Bloomington, IL 61702-3427
19030323      +E-mail/Text: don@regionalrecoveryservice.com Feb 12 2014 21:21:20     Cb Usa Inc,
                5252 S Hohman Ave,    Hammond, IN 46320-1723
19030325      +E-mail/Text: contact@csicollects.com Feb 12 2014 21:21:48     Certified Services Inc,
                1733 Washington St Ste 2,    Waukegan, IL 60085-5192
20374386       E-mail/PDF: mrdiscen@discoverfinancial.com Feb 12 2014 21:43:41     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
19030326      +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 12 2014 21:43:41     Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
19030327      +E-mail/Text: bknotice@erccollections.com Feb 12 2014 21:20:42     Enhancrcvrco,
                8014 Bayberry Rd,    Jacksonville, FL 32256-7412
19030329      +E-mail/Text: Bankruptcy@icsystem.com Feb 12 2014 21:20:40     I.C. Systems, Inc.,
                P.O. Box 64378,    St Paul, MN 55164-0378
19030331      +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 12 2014 21:22:33     Lvnv Funding Llc,
                Po Box 740281,    Houston, TX 77274-0281
19030332      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 12 2014 21:20:33     Midland Funding,
                8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
19030338       E-mail/Text: bankruptcy@senexco.com Feb 12 2014 21:19:33     Senex Services Corp,
                3500 Depauw Blvd Ste 305,    Indianapolis, IN 46268
19030340      +E-mail/Text: bankruptcy@sw-credit.com Feb 12 2014 21:20:39     Southwest Credit Syste,
                5910 W Plano Pkwy Ste 10,    Plano, TX 75093-2202
                                                                                              TOTAL: 11
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19030333*    +Midland Funding,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
19030339*   ++SENEX SERVICES CORP,    3333 FOUNDERS ROAD,    2ND FLOOR,    INDIANAPOLIS IN 46268-4933
              (address filed with court:   Senex Services Corp,    3500 Depauw Blvd Ste 305,
                Indianapolis, IN 46268)
19030324     ##+Cco Mortgage Corp.,    2812 Emerywood Pkwy,    Richmond, VA 23294-3727
                                                                                   TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2014                        Signature: /s/Joseph Speetjens

```
District/off: 0752-1          User: dross              Page 2 of 2           Date Rcvd: Feb 12, 2014
                              Form ID: pdf006          Total Noticed: 19
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 10, 2014 at the address(es) listed below:
              Alexey Y Kaplan    on behalf of Debtor Jose N. Martinez alex@alexkaplanlegal.com
              Eugene   Crane    on behalf of Trustee Eugene  Crane ecrane@craneheyman.com,
               il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
              Eugene   Crane    ecrane@craneheyman.com,
               il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
              Patrick A Meszaros    on behalf of Defendant Eva M Martinez patrickmeszaros@yahoo.com
              Patrick A Meszaros    on behalf of Defendant Rosario  Martinez patrickmeszaros@yahoo.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                       TOTAL: 6
```