**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: MARTINEZ, JOSE N.                              § Case No. 12-23918
                                                      §
                                                      §
                                                      §
Debtor(s)                                             §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    EUGENE CRANE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $122,650.00                     Assets Exempt: $6,900.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,919.76        Claims Discharged
                                                   Without Payment: $36,324.13

Total Expenses of Administration: $9,830.24

---

    3) Total gross receipts of $ 15,750.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $15,750.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $60,525.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 9,830.24 | 9,830.24 | 9,830.24 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,038.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 41,205.00 | 11,365.89 | 11,365.89 | 5,919.76 |
| **TOTAL DISBURSEMENTS** | $102,768.00 | $21,196.13 | $21,196.13 | $15,750.00 |

4) This case was originally filed under Chapter 7 on June 13, 2012. The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/27/2014      By: /s/EUGENE CRANE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2239 Grove St., Blue Island, Illinois | 1110-000 | 15,750.00 |
| **TOTAL GROSS RECEIPTS** | | **$15,750.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Cco Mortgage Corp. | 4110-000 | 60,525.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$60,525.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EUGENE CRANE | 2100-000 | N/A | 2,325.00 | 2,325.00 | 2,325.00 |
| Clerk of U.S. Bankruptcy Court | 2700-000 | N/A | 293.00 | 293.00 | 293.00 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 5,826.00 | 5,826.00 | 5,826.00 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 134.62 | 134.62 | 134.62 |
| Popowcer Katten, Ltd. | 3410-000 | N/A | 936.00 | 936.00 | 936.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 18.12 | 18.12 | 18.12 |
| Rabobank, N.A. | 2600-000 | N/A | 24.88 | 24.88 | 24.88 |
| Rabobank, N.A. | 2600-000 | N/A | 22.59 | 22.59 | 22.59 |
| Rabobank, N.A. | 2600-000 | N/A | 21.80 | 21.80 | 21.80 |
| Rabobank, N.A. | 2600-000 | N/A | 24.78 | 24.78 | 24.78 |
| Illinois Department of Revenue | 2820-000 | N/A | 158.00 | 158.00 | 158.00 |
| Rabobank, N.A. | 2600-000 | N/A | 20.99 | 20.99 | 20.99 |
| Rabobank, N.A. | 2600-000 | N/A | 24.46 | 24.46 | 24.46 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $9,830.24 | $9,830.24 | $9,830.24 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Eustolia Martinez | 5200-000 | 1,038.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $1,038.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 8,302.00 | 8,302.53 | 8,302.53 | 4,324.25 |
| 2 | Portfolio Recovery Associates, LLC | 7100-000 | 3,063.00 | 3,063.36 | 3,063.36 | 1,595.51 |
| NOTFILED | Pinnacle Credit Servic | 7100-000 | 21,096.00 | N/A | N/A | 0.00 |
| NOTFILED | Rms-Recovery Managemen | 7100-000 | 800.00 | N/A | N/A | 0.00 |
| NOTFILED | Midland Funding | 7100-000 | 388.00 | N/A | N/A | 0.00 |
| NOTFILED | Senex Services Corp | 7100-000 | 116.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**


Case 12-23918   Doc 50   Filed 06/02/14   Entered 06/02/14 15:09:06   Desc Main
Document   Page 5 of 9

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Midland Funding | 7100-000 | 1,026.00 | N/A | N/A | 0.00 |
| NOTFILED | Southwest Credit Syste | 7100-000 | 101.00 | N/A | N/A | 0.00 |
| NOTFILED | Senex Services Corp | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | Certified Services Inc | 7100-000 | 20.00 | N/A | N/A | 0.00 |
| NOTFILED | Lvnv Funding Llc | 7100-000 | 929.00 | N/A | N/A | 0.00 |
| NOTFILED | Afni, Inc. | 7100-000 | 371.00 | N/A | N/A | 0.00 |
| NOTFILED | Cb Usa Inc | 7100-000 | 569.00 | N/A | N/A | 0.00 |
| NOTFILED | I.C. Systems, Inc. | 7100-000 | 85.00 | N/A | N/A | 0.00 |
| NOTFILED | Enhancrcvrco | 7100-000 | 61.00 | N/A | N/A | 0.00 |
| NOTFILED | J.R.S.I, Inc. c/o Steven Fink & Assoc. PC | 7100-000 | 4,028.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $41,205.00 | $11,365.89 | $11,365.89 | $5,919.76 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-23918  
**Case Name:** MARTINEZ, JOSE N.  

**Period Ending:** 05/27/14

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 06/13/12 (f)  
**§341(a) Meeting Date:** 08/14/12  
**Claims Bar Date:** 07/19/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  2304 Collins St., Blue Island IL<br>Orig. Asset Memo: Orig. Description: Single Family House: 2304 Collis St., Blue Island, IL; Imported from original petition Doc# 1 | 114,900.00 | 54,375.00 | | 0.00 | FA |
| 2  2239 Grove St., Blue Island, Illinois<br>Orig. Asset Memo: Orig. Description: 2-Flat 2239 Grove St., Blue Island, Illinois, (debtor is 1/4 owner of same; debtor has no, intention of retaining his interest; value unknow); Imported from original petition Doc# 1 | Unknown | 172,915.00 | | 15,750.00 | FA |
| 3  Personal checking at Charter One Bank<br>Orig. Asset Memo: Orig. Description: Personal checking at Charter One Bank; Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 4  General and ordinary household goods and furnish<br>Orig. Asset Memo: Orig. Description: General and ordinary household goods and furnishings; Imported from original petition Doc# 1 | 750.00 | 0.00 | | 0.00 | FA |
| 5  Necessary wearing apparel<br>Orig. Asset Memo: Orig. Description: Necessary wearing apparel; Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 6  2001 Lincoln Navigator with aprox. 120,000 miles<br>Orig. Asset Memo: Orig. Description: 2001 Lincoln Navigator with aprox. 120,000 miles; Imported from original petition Doc# 1 | 3,500.00 | 0.00 | | 0.00 | FA |
| 7  2004 Cadillac CTS with aprox. 125,000 miles (hel<br>Orig. Asset Memo: Orig. Description: 2004 Cadillac CTS with aprox. 125,000 miles (held jointly with son; amount reflects debtor's 1/2 interest therein); Imported from original petition Doc# 1 | 2,000.00 | 850.00 | | 0.00 | FA |
| 7    Assets    Totals (Excluding unknown values) | **$122,650.00** | **$228,140.00** | | **$15,750.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

03/11/2014: Distribution made; will file TDR when checks clear (dk)

Printed: 05/27/2014 03:12 PM    V.13.14

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-23918  
**Case Name:** MARTINEZ, JOSE N.

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 06/13/12 (f)  
**§341(a) Meeting Date:** 08/14/12

**Period Ending:** 05/27/14

**Claims Bar Date:** 07/19/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

02/10/14: TFR , compensation apps filed with Court.  Hg 03/11 at 10am J-Baer (dk)

01/10/14: TFR sent to USTO for review (dk)

04/12/13 - Offer tendered by debtor's relatives for his 1/4 interest in 2239 Grove Street, Blue Island, IL ; will file motion to accept offer (dk)

4/10/13- Status to be heard on 5/1/13 (jm)

1/22/13- Filed Adversary Complaint to be heard on 2/27 @ 10 Judge Baer (jm)

01/10/13 - Filing 363 Complaint against property/ Need to Sell Autos(jm)

01/07/13: Retain counsel; JHR will do a 363 complaint since the atty never got back to us with any sort of offer on the RTI of two real properties (dk).

08/22/12: F-up letter sent (dk)

**Initial Projected Date Of Final Report (TFR):**  February 28, 2014    **Current Projected Date Of Final Report (TFR):**  February 7, 2014  (Actual)

Case 12-23918    Doc 50    Filed 06/02/14    Entered 06/02/14 15:09:06    Desc Main
Document    Page 8 of 9

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-23918  
**Case Name:** MARTINEZ, JOSE N.  
**Taxpayer ID #:** **-***6334  
**Period Ending:** 05/27/14  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9266 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/03/13 | {2} | Eva M. Martinez, J. Rosario Martinez | Settlement for Trustee's 25% interest in 2239 Grove St. | 1110-000 | 15,750.00 | | 15,750.00 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.12 | 15,731.88 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.88 | 15,707.00 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.59 | 15,684.41 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.80 | 15,662.61 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.78 | 15,637.83 |
| 11/18/13 | 101 | Illinois Department of Revenue | 2013 IL-1041-V; FEIN# 30-6376334 | 2820-000 | | 158.00 | 15,479.83 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.99 | 15,458.84 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.46 | 15,434.38 |
| 03/11/14 | 102 | EUGENE CRANE | Dividend paid 100.00% on $2,325.00, Trustee Compensation; Reference: | 2100-000 | | 2,325.00 | 13,109.38 |
| 03/11/14 | 103 | Clerk of U.S. Bankruptcy Court | Dividend paid 100.00% on $293.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 293.00 | 12,816.38 |
| 03/11/14 | 104 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $5,826.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 5,826.00 | 6,990.38 |
| 03/11/14 | 105 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $134.62, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 134.62 | 6,855.76 |
| 03/11/14 | 106 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $936.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 936.00 | 5,919.76 |
| 03/11/14 | 107 | Discover Bank | Dividend paid 52.08% on $8,302.53; Claim# 1; Filed: $8,302.53; Reference: | 7100-000 | | 4,324.25 | 1,595.51 |
| 03/11/14 | 108 | Portfolio Recovery Associates, LLC | Dividend paid 52.08% on $3,063.36; Claim# 2; Filed: $3,063.36; Reference: | 7100-000 | | 1,595.51 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 15,750.00 | 15,750.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 15,750.00 | 15,750.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,750.00** | **$15,750.00** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 12-23918 | **Trustee:** EUGENE CRANE (330350) |
| **Case Name:** MARTINEZ, JOSE N. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******9266 - Checking Account |
| **Taxpayer ID #:** **-***6334 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 05/27/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : 15,750.00 | | | | | |
| | | Net Estate : $15,750.00 | | | | | |

| | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | |
| **Checking # ******9266** | | 15,750.00 | 15,750.00 | 0.00 |
| | | $15,750.00 | $15,750.00 | $0.00 |

{} Asset reference(s)　　　　Printed: 05/27/2014 03:12 PM　V.13.14